AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

**FILED**
August 14, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____VP_____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. SA:25-MJ-1145 |
| CURTIS LLOYD BYRD | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 13, 2025** in the county of **Bexar** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 2252A(a)(2); 18 U.S.C. 2252A(a)(5)(B) | Receipt of Child Pornography; Possession of Child Pornography<br>Penalties:<br>**Receipt:** 5-20 years imprisonment, Lifetime supervised release, $250,000 fine, $100 Special assessment, $5,000 JVTA assessment, Up to $35,0000 AVAA assessment, Restitution, Forfeiture, Registration as a sex offender;<br>**Possession**: Up to 20 years imprisonment, Lifetime supervised release, $250,000 fine, $100 Special assessment, $5,000 JVTA assessment, Up to $17,0000 AVAA assessment, Restitution, Forfeiture, Registration as a sex offender |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

GLORIA GUTIERREZ
Digitally signed by GLORIA GUTIERREZ
Date: 2025.08.14 09:51:59 -05'00'

*Complainant's signature*

Gloria M. Gutierrez, FBI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: August 14, 2025

City and state: San Antonio, Texas

*Judge's signature*

ELIZABETH S. CHESTNEY, US MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Gloria M. Gutierrez, being duly sworn, depose and state that:

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since November 2019. I am currently assigned to the FBI San Antonio Field Office, Child Exploitation and Human Trafficking Task Force. I investigate online crimes against children, including possession, distribution, receipt, and production of child pornography, the online sexual exploitation of children and child abductions. I have received particularized training in the investigation of computer-related crimes, social networking, and online (i.e. Internet based) crimes against children.

2. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

3. This affidavit is being submitted in support of an Application for a Criminal Complaint for **CURTIS LLOYD BYRD,** date of birth: XX/XX/1993, Social Security Account Number XXX-XX-4168, residential address XXXX Elmstone Dr, San Antonio, Texas 78254.

4. The factual information supplied in this affidavit is based upon your Affiant's own investigation of this matter, as well as information provided by other law enforcement officers. Since this affidavit is submitted for the purpose of securing a complaint, it does not include every fact known to the Affiant concerning this investigation. The Affiant has set forth facts that he believes establish probable cause to believe **CURTIS LLOYD BYRD (BYRD)**, has violated Title 18 U.S.C. Sections 2252A(a)(2) (Receipt of Child Pornography) and 2252A(5)(B), Possession of Child Pornography.

5. On August 13, 2025, the FBI San Antonio Child Exploitation and Human Trafficking Task Force (CEHTTF) executed a federal search warrant issued in the Western District of Texas at BYRD's residential address on Elmstone Dr., San Antonio, Texas 78254. During the execution of the search warrant, BYRD was advised he was not under arrest and that any statements made were voluntary. BYRD agreed to speak to federal agents and stated he has lived at the residence on Elmstone Dr., San Antonio, Texas, since 2001. BYRD stated the internet service provider was Google, he is the subscriber, and the Wi Fi is password protected. BYRD stated he viewed adult pornography on YouTube which is how he found YouTube videos with instructions for how to access Tor for child pornography, and that it was easy. BYRD stated he first accessed child pornography in 2023. BYRD advised he used his laptop to access the dark web to download and save child pornography to both his laptop and hard drive. BYRD stated he accessed the dark web every day to view child pornography. BYRD stated no one in the house knew about his activities involving child pornography, and that no one else in the house accessed child pornography. BYRD stated he downloaded and saved files depicting child pornography from the internet to his laptop and hard drive, and that both of those devices were located in his bedroom. BYRD stated that all of the devices he used to view child pornography were in his bedroom.

6. While executing the search warrant, the FBI identified several electronic devices in BYRD's bedroom, including a one (1) Terabyte Seagate Hard Drive, serial number WKPNJ6MR. The hard drive was manufactured outside the state of Texas and contained a video, filename "zerotwogirls.mp4", which is between nine and ten minutes in duration. Banner lines titled "Omegle" were visible in the video. The hand of the person recording the video is visible and appeared to be that of an adult female. The video depicted a pubescent minor female (Child Victim 1 – CV1) displaying her vagina and inserting her finger into her vagina. CV1 then began touching

what appeared to be an unconscious, possibly sleeping, prepubescent female child (Child Victim 2 – CV2). CV1 then rolled CV2 over and displayed CV2's bare buttocks as the focal point of the video. CV2 remained unconscious throughout the assault. CV1 then continued displaying her own vagina while inserting her fingers into her vagina.

Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that between 2023 and August 13, 2025, in the Western District of Texas, **CURTIS LLOYD BYRD,** did knowingly receive any child pornography using any means and facility of interstate and foreign commerce and that has been shipped and transported in and affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2); and that on August 13, 2025, in the Western District of Texas, **CURTIS LLOYD BYRD,** did knowingly possesses any material, specifically a Terabyte Seagate Hard Drive, serial number WKPNJ6MR, that contains an image of child pornography that has been shipped and transported using any means and facility of interstate and foreign commerce or in or affecting interstate and foreign commerce by any means, including by computer, or that was produced using materials that have been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

FURTHER AFFIANT SAYETH NOT,

GLORIA GUTIERREZ
Digitally signed by GLORIA GUTIERREZ
Date: 2025.08.14 09:50:55 -05'00'

Gloria M. Gutierrez, Special Agent, FBI
San Antonio, Texas

Sworn to telephonically and signed electronically on August ___14th___, 2025.

_____
THE HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE